■ In the Matter of SHARON EDWARDS, Petitioner, v ELAINE SLOBOD, Respondent. [51 NYS3d 897]—Proceeding pursuant to CPLR article 78 in the nature of prohibition to prohibit Elaine Slobod, a Justice of the Supreme Court, Orange County, from enforcing a judgment of foreclosure and sale dated November 9, 2016, in an underlying action to foreclose a mortgage pending in that court.

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (Matter of Holtzman v Goldman, 71 NY2d 564, 569 [1988]; see Matter of Rush v Mordue, 68 NY2d 348, 352 [1986]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Eng, P.J., Rivera, Cohen and Maltese, JJ., concur.